# *IN THE DISTRICT COURT OF THE UNITED STATES*

## *for the Western District of New York*

————————

**MARCH 2023 GRAND JURY**
**(Impaneled March 24, 2023)**

**THE UNITED STATES OF AMERICA**

*-vs-*

**AUGUSTO MATEO FRANCISCO**

**INDICTMENT**

**Violations:**
Title 18, United States Code,
Sections 1589(a), 1201(a) and (g), and
2423(a) and (e)
(4 Counts and 2 Forfeiture Allegations)

### <u>COUNT 1</u>

**(Forced Labor)**

**The Grand Jury Charges That:**

Between in or around February 2019, and in or around July 2019, the exact dates being unknown to the Grand Jury, in the Western District of New York, and elsewhere, the defendant, AUGUSTO MATEO FRANCISCO, did knowingly obtain the labor and services of Victim 1, a person known to the Grand Jury, by the following means, and combination of means: force and threats of force; serious harm and threats of serious harm; the abuse and threatened abuse of legal process; and a scheme, plan, and pattern intended to cause Victim 1 to believe that, if Victim 1 did not perform such labor and services, Victim 1 would suffer serious harm.

**All in violation of Title 18, United States Code, Section 1589(a).**

## COUNT 2

### (Forced Labor)

**The Grand Jury Further Charges That:**

Between in or around September 2018, and in or around September 2020, the exact dates being unknown to the Grand Jury, in the Western District of New York, and elsewhere, the defendant, AUGUSTO MATEO FRANCISCO, did knowingly obtain the labor and services of Victim 2, a person known to the Grand Jury, by the following means and combination of means: force and threats of force; serious harm and threats of serious harm; the abuse and threatened abuse of legal process; and a scheme, plan, and pattern intended to cause Victim 2 to believe that, if Victim 2 did not perform such labor and services, Victim 2 would suffer serious harm.

**All in violation of Title 18, United States Code, Section 1589(a).**

## COUNT 3

### (Kidnapping of a Minor)

**The Grand Jury Further Charges That:**

From on or about June 19, 2020, to on or about June 24, 2020, in the Western District of New York, and elsewhere, the defendant, AUGUSTO MATEO FRANCISCO, did unlawfully and willfully seize, confine, kidnap, abduct, and carry away and otherwise hold, Minor Victim 1, a person known to the Grand Jury, who had not then attained the age of eighteen years, for some purpose and benefit, when the defendant was over eighteen years old and was not Minor Victim 1's parent, grandparent, brother, uncle, and individual having legal custody of Minor Victim 1, and in committing and in furtherance of the commission of the

offense, did willfully transport Minor Victim 1 in interstate commerce from Georgia to the Western District of New York.

**All in violation of Title 18, United States Code, Sections 1201(a) and (g).**

## COUNT 4

**(Transportation of a Minor)**

**The Grand Jury Further Charges That:**

From on or about June 19, 2020, to on or about June 20, 2020, in the Western District of New York, and elsewhere, the defendant, AUGUSTO MATEO FRANCISCO, did knowingly transport, and attempt to transport, Minor Victim 1, a person known to the Grand Jury who had not attained the age of 18 years, in interstate commerce with the intent that such individual engage in any sexual activity for which any person could be charged with a criminal offense.

**All in violation of Title 18, United States Code, Sections 2423(a) and (e).**

## FIRST FORFEITURE ALLEGATION

**(Proceeds)**

**The Grand Jury Alleges That:**

Upon conviction of any counts of this Indictment, the defendant, AUGUSTO MATEO FRANCISCO, shall forfeit to the United States, all his right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

> (a)  cannot be located upon the exercise of due diligence,
>
> (b)  has been transferred or sold to, or deposited with, a third person,
>
> (c)  has been placed beyond the jurisdiction of the Court,
>
> (d)  has been substantially diminished in value, or
>
> (e)  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

**All pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 1594(d)(2), and 2428(a)(2); Title 21, United States Code, Section 853(p); and Title 28, United States Code, Section 2461.**

## SECOND FORFEITURE ALLEGATION

### (Facilitating Property)

**The Grand Jury Further Alleges That:**

Upon conviction of Counts 1, 2, and/or 4 of this Indictment, the defendant, AUGUSTO MATEO FRANCISCO, shall forfeit to the United States, all his right, title, and interest in any and all property used, and intended to be used, in any manner or part, to commit or to facilitate the commission of said violations.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

> (a)  cannot be located upon the exercise of due diligence,

4

(b) has been transferred or sold to, or deposited with, a third person,

(c) has been placed beyond the jurisdiction of the Court,

(d) has been substantially diminished in value, or

(e) has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to

Title 21, United States Code, Section 853(p).

**All pursuant to Title 18, United States Code, Section 1594(d)(1) and 2428(a)(1); and Title 21, United States Code, Section 853(p).**

DATED: Buffalo, New York, November 16, 2023.

TRINI E. ROSS
United States Attorney

BY: S/DOUGLAS A.C. PENROSE
DOUGLAS A. C. PENROSE
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5868
Douglas.Penrose@usdoj.gov

A TRUE BILL:

S/FOREPERSON
FOREPERSON

5